FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

01 FEB 21 AM 10:06

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| DEAN HAROLD CURRY, | ) |
| Plaintiff, | ) |
| vs. | ) CV 00-N-1188-W |
| SHERIFF DAVID ABSTON, | ) |
| Defendant. | ) |

ENTERED
FEB 21 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 22, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 20th day of Feb., 2001.

_____
EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE

